## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY SHERRILL,<br>    PLAINTIFF, | CASE NO. 1:21-cv-03105 |
| vs. | **TRANS UNION LLC'S NOTICE OF REMOVAL** |
| SYNCHRONY FINANCIAL; PORTFOLIO RECOVERY ASSOCIATES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; AND EQUIFAX INFORMATION SERVICES, LLC;,<br>    DEFENDANT(S). | |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union LLC ("Trans Union") hereby removes the subject action from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York on the following grounds:

1.  Plaintiff Timothy Sherrill served Trans Union on or about March 25, 2021, with a Summons and Complaint filed in the Supreme Court of the State of New York, County of New York. Copies of the Summons and Complaint (the "Complaint") are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A** and **Exhibit B** respectively.

2.  Plaintiff makes claims under, alleges that Defendant violated and alleges that Defendant are liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 1 and 37-48.

3.  This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

5. As of the date of this Notice of Removal, Defendants Trans Union LLC, Experian Information Solutions, Inc. and Equifax Information Services, LLC have been served. Counsel for Trans Union has contacted counsel for these Defendants who have consented to this removal as evidenced by the consents attached hereto as **Exhibit D** and **Exhibit E**.

6. Notice of this removal will promptly be filed with the Supreme Court of the State of New York, County of New York, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union LLC, by counsel, removes the subject action from the Supreme Court of the State of New York, County of New York to this United States District Court, Southern District of New York.

Respectfully submitted,

Date:   April 9, 2021

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **9th day of April, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or electronic mail, on the **9th day of April, 2021** properly addressed as follows:

| **for Plaintiff Timothy Sherrill**<br>Patrick P. Russo, Esq.<br>Rausa Russo Law, PLLC<br>30 Broad Street, 14th Floor<br>New York, NY  10004<br>patrick.r@rausarusso.com | |
|---|---|

*s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*