# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3684
mchristian@jonesday.com

April 13, 2021

BY ECF AND EMAIL

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> Defendant Experian's request is granted. Experian shall have until May 17, 2021 to answer or otherwise respond to the Complaint.
>
> SO ORDERED.
>
> Date: April 13, 2021
> New York, New York
>
> /s/ John P. Cronan
> JOHN P. CRONAN
> United States District Judge

Re:  *Sherill v. Synchrony Financial, et al.*, Case No. 1:21-cv-03105-JPC
     Defendant Experian's Request for Extension of Time

Dear Judge Cronan:

Defendant Experian Information Solutions, Inc. ("Experian") requests a 30-day extension of time to answer, move, or otherwise respond to the complaint, making the new deadline May 17, 2021.

The current deadline for Experian to respond to the complaint is April 16, 2021. This is the first request for an extension submitted by Experian, and it will not affect any other scheduled dates. Counsel for Plaintiff, Patrick Russo, has consented to this request.

Experian is requesting the extension so that it has time to collect and review initial documents related to allegations in Plaintiff's complaint.

Respectfully submitted,

*/s/ Meredith Christian*

Meredith Christian

cc:    All counsel of record (by ECF)